UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Ashen, )
        Plaintiff, )
) No. 1:18-cv-1210
-v- )
) HONORABLE PAUL L. MALONEY
David Distenfeno, et al. )
        Defendants. )
)

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** March 15, 2019         /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge